**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christopher Kyle NESS, Defendant–
Appellant.**

No. 06–10085.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2007.*

Filed Jan. 16, 2007.

Frederick A. Battista, Ausa, USPX—
Office of the U.S. Attorney, Phoenix, AZ,
for Plaintiff–Appellee.

Christopher Kyle Ness, Florence, AZ,
pro se.

David S. Eisenberg, Phoenix, AZ, for
Defendant–Appellant.

Before: ALARCÓN, HALL, and PAEZ,
Circuit Judges.

## MEMORANDUM **

Christopher Kyle Ness appeals from the
16–month and 20–day sentence imposed
following revocation of supervised release.
We have jurisdiction pursuant to 28 U.S.C.
§ 1291. We review the sentence for rea-
sonableness, *see United States v. Miqbel,*
444 F.3d 1173, 1176 & n. 5 (9th Cir.2006),
and we affirm.

Ness contends that the district court
erred by failing to consider educational
and vocational training pursuant to 18
U.S.C. § 3553(a)(2)(D), when imposing a
consecutive sentence following revocation
of supervised release. Because the record
reflects that the district court properly
weighed and considered factors set forth in
18 U.S.C. § 3553(a), we conclude that
Ness' sentence was reasonable. *See Unit-
ed States v. Mix,* 457 F.3d 906, 912 (9th
Cir.2006) ("A district court is not required
to refer to each factor listed in § 3553(a)");
*United States v. Marcial–Santiago,* 447
F.3d 715, 719 (9th Cir.) (affirming where
the district court "gave thoughtful atten-
tion to factors recognized in § 3553(a) and
exercised sound discretion"), *cert. denied*

---

* This panel unanimously finds this case suit-
  able for decision without oral argument. *See*
  Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.

*sub nom. Acosta–Franco v. United States,* —— U.S. ——, 127 S.Ct. 309, 166 L.Ed.2d 232 (2006).

**AFFIRMED.**

Office of the U.S. Attorney, San Jose, CA, Barbara J. Valliere, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Cynthia C. Lie, Esq., Federal Public Defender's Office, San Jose, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.